UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMANE SMITH,<br><br>        Plaintiff,<br><br>    -against-<br><br>VIACOM CBS, INC.; NATIONAL AMUSEMENTS, INC.,<br><br>        Defendant. | 20-CV-9929 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued December 1, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the December 2, 2016 order in *Smith v. Chase Bank*, ECF 1:11-CV-2270, 8 (S.D.N.Y. Dec. 2, 2016), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 1, 2020
     New York, New York

                         COLLEEN McMAHON
                         Chief United States District Judge